IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00022-M

SHEILA DUNN, )
                Plaintiff, )
)
v. ) **ORDER**
)
ANDREW SAUL, *Commissioner of* )
*Social Security*, )
                Defendant. )

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings [DE-16] and Defendant's Motion for Remand to the Commissioner [DE-22]. Counsel for Plaintiff has consented to remanding this case for further administrative proceedings. DE-22 at 2.

Accordingly, for good cause shown, the court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this the 18th day of September, 2020.

RICHARD E. MYERS II
U.S. DISTRICT COURT JUDGE